# EXHIBIT F

| # | Member Name | Approximate Date Letter of Representation Received | Diamond Contract Number | Diamond Loan Number |
|---|---|---|---|---|
| 1 | | 8/7/2019 | 729 | 306 |
| 2 | | 8/6/2019 | 367 | 815 |
| 3 | | 8/6/2019 | 810 | 860 |
| 4 | | 3/17/2020 | 263 | 804 |
| 5 | | 10/31/2018 | 645 | 645 |
| 6 | | 5/18/2020 | 261 | 790 |
| 7 | | 4/30/2020 | 030 | 687 |
| 8 | | 6/2/2020 | 230 | 950 |
| 9 | | 4/1/2020 | 079 | 011 |
| 10 | | 7/1/2019 | 840 | 822 |
| 11 | | 4/26/2019 | 955 | 146 |
| 12 | | 4/17/2019 | 762 | 764 |
| 13 | | 8/4/2019 | 028 | 494 |
| 14 | | 5/21/2020 | 629 | 675 |
| 15 | | 5/21/2020 | 284 | 450 |
| 16 | | 7/8/2019 | 239 | 171 |
| 17 | | 3/9/2020 | 572 | 694 |
| 18 | | 4/6/2020 | 771 | 753 |
| 19 | | 10/31/2018 | 052 | 944 |
| 20 | | 12/8/2017 | 894 | 300 |
| 21 | | 7/2/2019 | 506 | 864 |
| 22 | | 3/18/2020 | 550 | 320 |
| 23 | | 4/2/2020 | 635 | 891 |
| 24 | | 4/2/2020 | 203 | 249 |
| 25 | | 7/8/2019 | 464 | 102 |
| 26 | | 4/23/2020 | 942 | 848 |
| 27 | | 3/31/2018 | 301 | 643 |
| 28 | | 4/14/2020 | 958 | 276 |
| 29 | | 4/3/2020 | 980 | 388 |
| 30 | | 5/6/2020 | 318 | 912 |
| 31 | | 5/6/2020 | 025 | 693 |
| 32 | | 8/7/2019 | 123 | 731 |
| 33 | | 5/4/2020 | 077 | 837 |
| 34 | | 6/2/2020 | 338 | 530 |
| 35 | | 4/8/2019 | 166 | 778 |
| 36 | | 5/21/2020 | 387 | 381 |
| 37 | | 4/8/2019 | 476 | 854 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | ███ | 4/7/2020 | | 236 | | 150 |
| 39 | ███ | 5/21/2020 | | 344 | | 332 |
| 40 | ███ | 3/18/2020 | | 854 | | 610 |
| 41 | ███ | 4/8/2019 | | 476 | | 854 |