# COMPOSITE EXHIBIT L



Attention: Legal Department

RE: ███████████████         OWNER #: ██████████

RESORT: Diamond

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

Michael A. Molfetta

MICHAEL A. MOLFETTA
1503 SOUTH COAST DRIVE, SUITE 202 COSTA MESA, CA 92626
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399



Attention: Legal Department

RE: ▓▓▓▓▓▓▓▓         OWNER #: ▓▓▓▓▓▓▓▓

RESORT: Diamond - Polo Towers

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

Michael A. Molfetta

MICHAEL A. MOLFETTA
15795 ROCKFIELD BLVD., SUITE A IRVINE, CA 92618
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399



Attention: Legal Department

RE: ███████████████████████    OWNER #: ████████

RESORT: Diamond Resorts

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

*[signature]*

Michael A. Molfetta

MICHAEL A. MOLFETTA
15795 ROCKFIELD BLVD., SUITE A IRVINE, CA 92618
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399



Attention: Legal Department

RE: █████████████████          OWNER#: ████████

RESORT: Diamond Resorts

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

*[signature]*

Michael A. Molfetta

MICHAEL A. MOLFETTA
1503 SOUTH COAST DRIVE, SUITE 202 COSTA MESA, CA 92626
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399



Attention: Legal Department

RE: ███████████          OWNER #: ███████

RESORT: Diamond Resorts

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

Michael A. Molfetta

MICHAEL A. MOLFETTA
1503 SOUTH COAST DRIVE, SUITE 202 COSTA MESA, CA 92626
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399



Attention: Legal Department

RE: ███████████████████     OWNER#: ████████

RESORT: Diamond Resorts

Dear Sir/Madame

My name is Michael Molfetta and I am an attorney. Please accept this letter of representation for the above referenced clients.

You are now on notice that I am the attorney of record and therefore any contact with my client is prohibited by law. I have attached a copy of the Limited Power of Attorney, signed, and Notarized by my client that should alleviate any questions.

My client has been informed by me personally that they are to continue to satisfy all financial obligations including those pursuant to the above referenced timeshare agreement.

Please have your loss mitigation department or sales office contact our office as soon as possible so that we can resolve this matter expeditiously. If there is an alternate person to contact please forward me their contact information so I can direct all communications to the appropriate person(s).

Please call my office with any questions or to discuss this matter further. I look forward to your cooperation with regards to reaching a quick and fair settlement of this matter.

Sincerely,

Michael A. Molfetta

MICHAEL A. MOLFETTA
1503 SOUTH COAST DRIVE, SUITE 202 COSTA MESA, CA 92626
MICHAEL@MICHAELMOLFETTALAW.COM
949-391-2399