# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC and DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC,**

**Plaintiffs,**

**v.**                                              **Case No: 6:20-cv-1668-PGB-LHP**

**HAROLD O MILLER, HAROLD O MILLER ATTORNEY, LLC, JOHN E MORTIMER, MIDDLE EARTH, LTD., WILLIAM S. SALIBA, SMFD, LTD., FRANK D. SILVA, FREEDOM CONSUMER SERVICES, LLC, SYSTEMA MARKETING, INC., JORDAN SALKIN, SHAYNA G. SCHROEDER, MOLFETTA LAW, LLC, MICHAEL A. MOLFETTA, TIMESHARE TERMINATION TEAM, LLC, BRIAN STEPHEN WILBUR, HOLLY WILBUR and MARTIN LEWIS CORDELL,**

**Defendants/Third Party Plaintiff,**

**MIDDLE EARTH, LTD., JOHN E MORTIMER, DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC and DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC,**

**Third Party**

**Defendants.**

_____/

## ORDER

This cause, having come to be heard upon the joint stipulation of Plaintiffs Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts Hawaii Collection Development, LLC, and Defendant William Saliba ("**Saliba**") pursuant to Federal Rule of Civil Procedure 65(d), to the entry of this Permanent Final Injunction ("**Permanent Final Injunction**"), and the parties having jointly stipulated (as detailed below) and incorporate the following stipulations herein:

### RECITALS

1.     On September 10, 2020, Plaintiffs filed a complaint for damages and injunctive relief against Saliba, among others, in the United States District Court for the Middle District of Florida, captioned _Diamond Resorts U.S. Collection Development, LLC, et al. v. Harold O. Miller et al._, 6:20-cv-1668-PGB-LRH (the "**Litigation**"). (Doc. 1). On February 26, 2021, Plaintiffs filed an amended complaint, adding several new Defendants. (Doc. 83). In the Litigation, Plaintiffs asserted claims against Saliba for: (1) false advertising in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1); (2) tortious interference with existing contracts; (3) violation of Florida's Deceptive and Unfair Trade Practices Act; and (4) civil conspiracy.

2.      Plaintiffs and Saliba stipulate to the entry of this Permanent Final Injunction to resolve all matters in dispute in this Litigation between them.

3.      Saliba acknowledges the jurisdiction of this Court for purposes of entering and enforcing this Permanent Final Injunction, and waives:

      a.      Any further procedural steps;

      b.      Any requirement that this Permanent Final Injunction contain any findings of fact or conclusions of law; and

      c.      Any right to appeal, seek judicial review or otherwise challenge or contest the validity of this Permanent Final Injunction.

4.      Saliba acknowledges and agrees that Saliba enters into this Permanent Injunction knowingly and willfully and with full understanding of its terms, having reviewed them after due consideration, and having had the opportunity to have the benefit of legal counsel acting on Saliba's behalf, but instead electing to proceed *pro se* in the negotiation of this Agreement and in this case.

### DEFINITIONS

As used in this Permanent Final Injunction, the following terms shall have the meanings specified below:

1.      "**Saliba**" means William S. Saliba, individually.

2.      "**Diamond/Hilton**" means named Plaintiffs in this Litigation, Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts

Hawaii Collection Development, LLC, as well as all parents,[1] subsidiaries and affiliated companies, resorts and related member/owner associations, of the named Plaintiffs, including those resorts/timeshare collections listed on the attached Exhibit 1 or as hereafter identified by Diamond/Hilton.

3.      "**Diamond/Hilton Timeshare Interest**" shall be interpreted broadly to include (1) any timeshare interest developed by Diamond/Hilton, or any other vacation ownership interest for any timeshare resort for which Diamond/Hilton, a Diamond/Hilton affiliated management company or an affiliated owners' association possess a lien right over for any promissory note or assessment obligation, including, but not limited to those resorts/timeshare collections listed on the attached Exhibit 1, (2) a timeshare interest in any resort acquired or developed by, or that becomes an affiliated resort of Diamond/Hilton or any of its affiliates after the entry of this Permanent Injunction upon the Defendants receiving written notification of the same; and (3) any timeshare exchange program, home exchange service, travel membership program, vacation club product, direct to consumer rentals, or other travel-based product or service offered by Diamond/Hilton.

4.      "**Diamond/Hilton Timeshare Owner**" means:

---

[1]   On August 2, 2021, an indirect subsidiary of Hilton Grand Vacations Inc. ("**HGV**") completed the acquisition of named Plaintiffs' indirect parent, Diamond Resorts Corporation. The Parties hereto expressly desire and acknowledge that this Permanent Injunction enjoin Saliba from engaging in any activity prohibited hereunder with regard to any HGV-affiliated company or property, including those companies/properties identified in Exhibit 1 or as thereafter amended.

     a.     A person who owns a Diamond/Hilton Timeshare Interest;

     b.     A person who has an existing payment obligation in favor of Diamond/Hilton or a Diamond/Hilton-affiliated timeshare developer;

     c.     Any owner or member of any timeshare exchange program, home exchange service, travel membership program, vacation club product, direct to consumer rentals, or other travel-based product or service offered by Diamond/Hilton; or

     d.     A person who is otherwise an owner, member, renter, and/or guest (regardless of whether they have yet purchased a Diamond/Hilton Timeshare Interest) of any Diamond/Hilton Timeshare Interest, regardless of the form, including any resort listed on the attached Exhibit 1 or as hereafter identified by Diamond/Hilton.

5.    "**Timeshare Exit Service**" means any product, service, plan, or program represented, expressly or by implication, to:

     a.     Cancel, rescind, terminate, or otherwise effectuate an exit from a timeshare interest;

     b.     Cancel, rescind, terminate, reduce or otherwise alleviate any timeshare owner's payment obligations to a timeshare developer and/or any owner's association whether based upon a promissory note, mortgage, mortgage payments, maintenance fees, credit card

agreement, and any related contracts associated with timeshare interest;

c.      Assist timeshare owners in obtaining a refund of payments made for mortgage payments, maintenance fees, club dues, and/or purchase price for their timeshare interest;

d.      Represent, negotiate, obtain, or arrange a surrender, quit claim transfer, transfer to an association, or a deed-in-lieu of foreclosure of a timeshare interest;

e.      Offer or provide a timeshare listing, resale, rental, financing, transfer, permanent or temporary trade-in, or other services or program to any timeshare owner;

f.      Provide, whether for profit or not, timeshare owners with draft correspondence to send to a timeshare developer, governmental entity, regulator, or consumer advocacy group drafts or templates of papers to be filed or submitted in a court or administrative action commenced in regard to a timeshare interest and/or any payment obligation in favor of a timeshare developer, or otherwise give any assistance, whether in the provision of forms, templates, samples, instructions or otherwise to any timeshare owner;

g.      Provide advice or assistance with regard to a debt validation request in connection with a timeshare owner's exit, termination, cancellation, rescission, or release of a timeshare interest;

h.    Provide advice or assistance in regard to a timeshare owner's credit score, credit history, or credit reporting, or any other service commonly referred to as "credit repair"; or

i.    Refer timeshare owners to other Persons who offer, provide or assist with Timeshare Exit Services, as defined herein.

6.    "**Person**" means a natural person, organization, or other legal entity, including a corporation, partnership, proprietorship, association, cooperative, or any other group or combination acting as an entity.

7.    "**Assisting others**" includes, but is not limited to:

a.    Facilitating any persons in offering, contracting for, and/or providing Timeshare Exit Services;

b.    Formulating or providing, or arranging for the formulation or provision of, any sales script or any other marketing material or draft correspondence to be sent to Diamond/Hilton Timeshare Owners, including but not limited to, the text of any Internet website, email, or other electronic communication;

c.    Providing referrals, names of, or assisting in the generation of business from, Diamond/Hilton Timeshare Owners or potential Diamond/Hilton Timeshare Owners; or

d.    Acting or serving as a contractor, employee, agent, owner, officer, director, manager, or principal of any entity that provides Timeshare Exit Services.

8.     "**Defendants**" collectively means all named Defendants in this Litigation other than Saliba, as defined herein.

## APPLICABLE LAW

"[A] consent decree must spring from and serve to resolve a dispute within the court's subject-matter jurisdiction." *Local No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525 (1986). "In addition to the law which forms the basis of the claim, the parties' consent animates the legal forces of a consent decree." *Id.*

This injunction is entered pursuant to Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.201 *et seq.*, and the Court's inherent equitable powers, which are all within the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

## PROHIBITIONS AGAINST SALIBA

Based on the stipulations herein, Saliba and his officers, agents, servants and employees, and all other Persons who are in active concert or participation with him, whether currently known or subsequently identified, shall be and agree to be **PERMANENTLY RESTRAINED AND ENJOINED** from, directly or indirectly engaging in the following activities concerning Diamond/Hilton and Diamond/Hilton Timeshare Owners ("**Prohibited Activities**"):

    a.     Directing, suggesting, advising or inducing any Diamond/Hilton Timeshare Owner to stop making payments or to otherwise breach any obligations associated with a Diamond/Hilton Timeshare

Interest, including but not limited to any timeshare contract, loan, mortgage, or maintenance fees;

b.  Assisting any other Person in making any statement, directly or by implication, that directs, encourage, or induces a Diamond/Hilton Timeshare Owner to stop making payments related to his or her Diamond/Hilton Timeshare Interest;

c.  Directing, suggesting, advising or inducing any Diamond/Hilton Timeshare Owner to transfer their Diamond/Hilton Timeshare Interest, rescind or terminate their Diamond/Hilton Timeshare Interest, exit and/or cancel their Diamond/Hilton Timeshare Interest, or otherwise violate or breach the terms of their Diamond/Hilton Timeshare Interest, timeshare contracts, and/or memberships;

d.  Engaging in any Timeshare Exit Services, as defined herein, for a Diamond/Hilton Timeshare Owner in relation to his or her Diamond/Hilton Timeshare Interest, including without limitation, impersonating a Diamond/Hilton Timeshare Owner, or advising or coaching a Diamond/Hilton Timeshare Owner with regard to correspondence to be sent to Diamond/Hilton or a regulatory or governmental agency concerning termination of any such Diamond/Hilton Timeshare Interest;

e.    Contracting with or offering any product or service, whether a Timeshare Exit Service or otherwise, to a Diamond/Hilton Timeshare Owner in relation to his or her Diamond/Hilton Timeshare Interest;

f.    Marketing to, soliciting or in any way communicating with or assisting other third-parties, whether or not affiliated with Saliba (including, without limitation, Defendants, other Persons engaged in providing Timeshare Exit Services, law firms, timeshare resale and transfer companies, marketing companies, title companies, or closing companies), in marketing to, soliciting or communicating with Diamond/Hilton Timeshare Owners unless the communications are to terminate a then-existing relationship between Saliba and a Diamond/Hilton Timeshare Owner;

g.    Interfering with or assisting others in their interference with Diamond/Hilton's business, contractual and legal relationships, including but not limited to Diamond/Hilton's relationships with Diamond/Hilton Timeshare Owners;

h.    Offering, providing or assisting others in offering or providing Timeshare Exit Services to Diamond/Hilton Timeshare Owners;

i.    Referring Diamond/Hilton Timeshare Owners to other Persons who offer or provide Timeshare Exit Services or otherwise assisting, facilitating or encouraging others to refer Diamond/Hilton Timeshare

Owners to other Persons who offer or provide Timeshare Exit Services and/or credit repair services;

j.    Transmitting, communicating, or selling leads, information, and/or records pertaining to Diamond/Hilton Timeshare Owners and/or proprietary or non-public business records or data of Diamond/Hilton, regardless of where such information was obtained, to any Person that provides Timeshare Exit Services or serves as an intermediary between timeshare owners and Persons that provide Timeshare Exit Services; and

k.    Mentioning, using or referring in any way to Diamond/Hilton or to this settlement, including without limitation the fact of this settlement or the exit of Diamond/Hilton Timeshare Owners in any advertising, marketing materials, sales presentation, website, social media or any other materials disseminated to the public.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that:

Saliba, his agents, employees and/or those acting at his direction are notified that any act in violation of any of the terms hereof may be considered and/or prosecuted as contempt of this Court. The Court shall retain jurisdiction over the parties to this Permanent Injunction and this case for the purpose of construing, interpreting, implementing, and enforcing the terms of this Permanent Injunction, including but not limited to the imposition of sanctions and civil fines as a result of any violation of the terms contained herein.

In the event of an alleged violation of this Permanent Injunction, Diamond/Hilton shall notify the breaching party, in writing, of the alleged violation, with delivery of the notice to William Saliba, 1065 West Morse Blvd., Suite 101, Winter Park, FL, 32789, via certified mail with return receipt requested.

If the alleged violator of this Permanent Injunction fails to cure the alleged violation within ten (10) business days of actual receipt of the notice, Diamond/Hilton, in addition to injunctive and other relief the Court may provide, shall be entitled to liquidated damages in the amount of $20,000.00 per violation of this Permanent Injunction, plus an additional $1,000.00 per diem for each day that the breaching party is found to have remained in violation after receiving written notice from Diamond/Hilton of the violation. The Parties stipulate that the damages for breaching this Agreement are speculative, that liquidated damages are appropriate in this instance, and that the amount of liquidated damages set forth in this Permanent Injunction are reasonable.

If any provision of this Permanent Injunction shall be held invalid or unenforceable, the remainder shall nevertheless remain in full force and effect. If any provision is held invalid or unenforceable with respect to particular circumstances, it shall nevertheless remain in full force and effect in all other circumstances.

Each party agrees to bear its own costs, attorneys' fees, and portion of any Court costs.

**DONE AND ORDERED** in Orlando, Florida on March 30, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

# EXHIBIT 1

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| Agora Place Asakusa | Taito | Tokyo | Asia | Japan |
| Alhambra at Poinciana | Kissimmee | Florida | North America | United States |
| Alhambra Villas | Kissimmee | Florida | North America | United States |
| All Seasons Resort | Holetown | St. James | Caribbean | Barbados |
| Allegro Cozumel | Cozumel | Quintana Roo | North America | Mexico |
| Allegro Playacar | Playa del Carmen | Quintana Roo | North America | Mexico |
| Alvechurch Marina | Alvechurch | Worcestershire | Europe | England |
| Anantara Vacation Club at Anantara Bangkok Sathorn | Yannawa | Bangkok | Asia | Thailand |
| Anantara Vacation Club at Oaks Shores | Otago | Queenstown | Asia | New Zealand |
| Anantara Vacation Club Bali Seminyak | Seminyak | Bali | Asia | Indonesia |
| Anantara Vacation Club Bophut Koh Samui | Surat Thani | Samui Island | Asia | Thailand |
| Anantara Vacation Club Phuket Mai Khao | Phuket | Phuket | Asia | Thailand |
| Anantara Vacation Club Sanya | Sanya Hainan | | Asia | China |
| Anderton Marina | Anderton | Chesire | Europe | England |
| Appartements Rothensteiner | Neubau | Vienna | Europe | Austria |
| Aston Waikiki | Honolulu | Hawaii | North America | United States |
| Avalon Springs | Montagu | Western Cape | Africa | South Africa |
| Azul Beach Riviera Cancun | Puerto Morelos | Quintana Roo | North America | Mexico |
| Margaritaville Island Riviera Cancun | Puerto Morelos | Quintana Roo | North America | Mexico |
| Balkan Jewel | Razlog | Blagoevgrad | Europe | Bulgaria |
| Barcelo Aruba | Palm Beach | Noord | Caribbean | Aruba |
| Barefoot'n Resort | Kissimmee | Florida | North America | United States |
| Beach House Seaside Resort | Coolangatta | Queensland | Asia | Australia |
| Beach Quarters Resort | Virginia Beach | Virginia | North America | United States |
| Beachside Village Resort | Falmouth | Massachusetts | North America | United States |
| Beachwoods Resorts | Kitty Hawk | North Carolina | North America | United States |
| Bell Rock Inn | Sedona | Arizona | North America | United States |
| Bellbrae Country Club | Bellbrea | Victoria | Asia | Australia |
| Belmond Charleston Place | Charleston | South Carolina | North America | United States |
| Bent Creek Golf Village | Gatlinburg | Tennessee | North America | United States |
| Blackbird Lodge | Leavenworth | Washington | North America | United States |
| Blackwater Marina | Ellesmere | Shropshire | Europe | England |
| Blue Mountain | The Blue Mountains | Ontario | North America | Canada |
| Boardwalk Resort and Villas | Virginia Beach | Virginia | North America | United States |
| Breakers Resort | Umhlanga | KwaZulu-Natal | Africa | South Africa |
| Bryan's Spanish Cove | Orlando | Florida | North America | United States |
| Burnside Park | Bowness | Cumbria | Europe | England |
| Cabo Azul Resort | Cabo San Lucas | Baja California | North America | Mexico |
| Cabo Villas Beach Resort | Cabo San Lucas | Baja California | North America | Mexico |
| Cala Blanca | Gran Canaria | Canary Islands | Europe | Spain |
| Cancun Resort | Las Vegas | Nevada | North America | United States |
| Casa del Mar | Ormond Beach | Florida | North America | United States |
| Cedar Breaks Lodge and Spa | Brians Head | Utah | North America | United States |
| Champagne Sports Resort | Winterton | KwaZulu-Natal | Africa | South Africa |
| Charter Club Resort of Naples Bay | Naples | Florida | North America | United States |
| Church Street Inn | Charleston | South Carolina | North America | United States |
| Clock Tower | Whistler | British Columbia | North America | Canada |
| Club del Carmen | Lanzarote | Canary Islands | Europe | Spain |
| Club Donatello | San Francisco | California | North America | United States |
| Club Geo Premiere | St. Hippolyte | Quebec | North America | Canada |
| Club Quarters Rockefeller Center | New York | New York | North America | United States |
| Club Quarters San Francisco | San Francisco | California | North America | United States |
| Coconut Mallory Resort and Marina | Key West | Florida | North America | United States |
| Coconut Malorie Resort | Ocean City | Maryland | North America | United States |
| Coconut Palms Beach Resort | New Smyrna Beach | Florida | North America | United States |
| Cosmo Hotel Hong Kong | Wan Chai | Hong Kong | Asia | Hong Kong |
| Cove at Yarmouth | Yarmouth | Massachusetts | North America | United States |
| Crescent Resort on South Beach | Miami Beach | Florida | North America | United States |
| Cromer Country Club | Cromer | Norfolk | Europe | England |
| Cypress Pointe Resort | Orlando | Florida | North America | United States |
| Darling Hotel | Sydney | New South Wales | Asia | Australia |
| Daytona Beach Regency | Daytona Beach | Florida | North America | United States |
| Desert Isle of Palm Springs | Palm Springs | California | North America | United States |
| Desert Paradise Resort | Las Vegas | Nevada | North America | United States |
| Diamond Suites on Malta | St George's Bay | St. Julians | Europe | Malta |
| Dorsett Grand Chengdu | Chengdu | | Asia | China |
| Dorsett Kwun Tong | Kwun Tong | Hong Kong | Asia | Hong Kong |
| Dorsett Regency Kuala Lumpur | Jalan Imbi | Kuala Lumpur | Asia | Malaysia |

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| Dorsett Shanghai | Shanghai | | Asia | China |
| Dorsett Singapore | Singapore | Singapore | Asia | Singapore |
| Dorsett Wanchai Hong Kong | Wan Chai | Hong Kong | Asia | Hong Kong |
| Dunes Village Resort | Myrtle Beach | South Carolina | North America | United States |
| Eagle Point Resort | Vail | Colorado | North America | United States |
| Edgewater Beach Resort | Dennis Port | Massachusetts | North America | United States |
| El Dorado Royale by Karisma, a Gourmet AI | Riviera Maya | Quintana Roo | North America | Mexico |
| El Dorado Seaside Suites by Karisma, a Gourmet AI | Riviera Maya | Quintana Roo | North America | Mexico |
| Elkhorn Resort | Sun Valley | Idaho | North America | United States |
| Ellington at Wachesaw Plantation | Murrells Inlet | South Carolina | North America | United States |
| Embarcadero | Newport | Oregon | North America | United States |
| Esplanade Suites | Wildwood | New Jersey | North America | United States |
| Expedition Station | Snowshoe | West Virginia | North America | United States |
| Fairmont Chateau Whistler | Whistler | British Columbia | North America | Canada |
| Fairmont Le Chateau Montebello | Montebello | Quebec | North America | Canada |
| Fairway Forest Resort | Sapphire | North Carolina | North America | United States |
| Falcon Point Resort | Avon | Colorado | North America | United States |
| Firelight Lodge | Silver Star Mountain | British Columbia | North America | Canada |
| Flamingo Beach Resort | Philipsburg | Netherlands Antilles | Caribbean | St. Maarten |
| Flamingo Beach Villas | Philipsburg | Netherlands Antilles | Caribbean | St. Maarten |
| Founders Pointe & Fraser Crossing | Winter Park | Colorado | North America | United States |
| Franz Klammer Lodge | Telluride | Colorado | North America | United States |
| Gålå Fjellgrend | Gudbrandsdalen | Oppland | Europe | Norway |
| GALLERYone - DoubleTree Suites by Hilton Hotel | Fort Lauderdale | Florida | North America | United States |
| Gatlinburg Town Square - Phase I | Gatlinburg | Tennessee | North America | United States |
| Gatlinburg Town Square - Phase II | Gatlinburg | Tennessee | North America | United States |
| Gatlinburg Town Village | Gatlinburg | Tennessee | North America | United States |
| Gayton Marina | Blisworth Arm | Northamptonshire | Europe | England |
| GeoHoliday Heights at Lac Morency | St. Hippolyte | Quebec | North America | Canada |
| Georgetown Suites | Washington DC | District of Columbia | North America | United States |
| Glacier Mountaineer Lodge | British Columbia | British Columbia | North America | Canada |
| Grand Beach | Orlando | Florida | North America | United States |
| Grand Beach - Phase II | Orlando | Florida | North America | United States |
| Grand Luxxe Nuevo Vallarta | Nuevo Vallarta | Nayarit | North America | Mexico |
| Grand Luxxe Riviera Maya | Playa del Carmen | Quintana Roo | North America | Mexico |
| Grand Mayan Nuevo Vallarta | Nuevo Vallarta | Nayarit | North America | Mexico |
| Grand Mayan Riviera Maya | Playa del Carmen | Quintana Roo | North America | Mexico |
| Grand Pacific at Capistrano | Capistrano Beach | California | North America | United States |
| Grand Pacific at Carlsbad Inn | Carlsbad | California | North America | United States |
| Grand Pacific at Carlsbad Seapointe | Carlsbad | California | North America | United States |
| Grand Pacific at Channel Islands | Oxnard | California | North America | United States |
| Grand Pacific at Coronado | Coronado | California | North America | United States |
| Grand Pacific at Hanalei Bay | Princeville, Kauai | Hawaii | North America | United States |
| Grand Pacific at RiverPointe | Napa | California | North America | United States |
| Grand Pacific at San Clemente | San Clemente | California | North America | United States |
| Grand Pacific at SoCal Beach Club | Oceanside | California | North America | United States |
| Grand Pacific at Squaw Valley | Olympic Valley | California | North America | United States |
| Grand Pacific at Villa L Auberge | San Diego | California | North America | United States |
| Grand Pacific Makai Club | Kauai | Hawaii | North America | United States |
| Grand Pacific Palisades | Carlsbad | California | North America | United States |
| Grand Palladium Bavaro Suites Resort & Spa | Higuey | La Altagracia | Caribbean | Dominican Republic |
| Grand Palladium Imbassai Resort & Spa | Mata de Sao Joao | Bahia | South America | Brazil |
| Grand Palladium Jamaica Resort and Spa | Point Lucea | Lucea | Caribbean | Jamaica |
| Grand Palladium Kantenah Resort and Spa | Playa del Carmen | Quintana Roo | North America | Mexico |
| Grand Palladium Punta Cana Resort & Spa | Punta Cana | La Altagracia | Caribbean | Dominican Republic |
| Grand Palladium Vallarta Resort & Spa | Puerto Vallarta | Nayarit | North America | Mexico |
| Grand Sirenis Punta Cana Casino & Aquagames - AI | Punta Cana | La Altagracia | Caribbean | Dominican Republic |
| Grand Sirenis Riviera Maya Resort and Spa | Akumal | Quintana Roo | North America | Mexico |
| Grande Villas Resort | Orlando | Florida | North America | United States |
| Great Wolf Lodge Charlotte-Concord | Concord | North Carolina | North America | United States |
| Great Wolf Lodge Cincinnati-Mason | Mason | Ohio | North America | United States |
| Great Wolf Lodge Grand Mound | Grand Mound | Washington | North America | United States |
| Great Wolf Lodge Grapevine | Grapevine | Texas | North America | United States |
| Great Wolf Lodge Kansas City | Kansas City | Kansas | North America | United States |
| Great Wolf Lodge New England | Fitchburg | Massachusetts | North America | United States |
| Great Wolf Lodge Poconos Mountains | Scotrun | Pennsylvania | North America | United States |
| Great Wolf Lodge Sandusky | Sandusky | Ohio | North America | United States |
| Great Wolf Lodge Southern California | Garden Grove | California | North America | United States |

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| Great Wolf Lodge Traverse City | Traverse City | Michigan | North America | United States |
| Great Wolf Lodge Williamsburg | Williamsburg | Virginia | North America | United States |
| Great Wolf Lodge Wisconsin Dells | Wisconsin Dells | Wisconsin | North America | United States |
| Greensprings Vacation Resort | Williamsburg | Virginia | North America | United States |
| Hacienda Tres Rios Resort Spa & Nature Park | Playa del Carmen | Quintana Roo | North America | Mexico |
| Harrison Hot Springs Resort & Spa | British Columbia | British Columbia | North America | Canada |
| Historic Snowbridge | Blue Montian | Ontario | North America | Canada |
| HNA Business Hotel Downtown Haikou | Haikou | | Asia | China |
| HNA International Asia-Pacific Convention Center Sanya | Sanya | | Asia | China |
| HNA Resort Huagang Hangzhou | Hangzhou | | Asia | China |
| HNA Resort Spa & Golf Xinglong Hainan | Xinlong | | Asia | China |
| Holiday Club Schloesslhof | Axams | Tyrol | Europe | Austria |
| Holiday Club Siesta | Scharnitz | Tyrol | Europe | Austria |
| Hotel AGORA Osaka Moriguchi | Moriguchi | Osaka | Asia | Japan |
| Hotel Agora Regency Osaka Sakai | Sakai | Osaka | Asia | Japan |
| Hotel Pacific | Monterey | California | North America | United States |
| Il Cavaliere de Charme | Modica | Sicily | Europe | Italy |
| Island Links Resort | Hilton Head | South Carolina | North America | United States |
| Jardines del Sol | Lanzarote | Canary Islands | Europe | Spain |
| Ka`anapali Beach Club | Maui | Hawaii | North America | United States |
| Kahana Falls | Maui | Hawaii | North America | United States |
| Kapaa Shore | Kapaa, Kauai | Hawaii | North America | United States |
| Karma Royal Candidasa | Kabupaten Karangasem | Bali | Asia | Indonesia |
| Karma Royal Chiang Mai | Hangdon | Chiang Mai | Asia | Thailand |
| Karma Royal Haathi Mahal | Salcette | Goa | Asia | India |
| Karma Royal Jimbaran | Badung Regency | Bali | Asia | Indonesia |
| Karma Royal MonteRio | Bardez | Goa | Asia | India |
| Karma Royal Phuket | Phuket | Phuket | Asia | Thailand |
| Ke Nani Kai | Maunaloa | Hawaii | North America | United States |
| Kingsbury of Tahoe | Stateline | Nevada | North America | United States |
| Kohl`s Ranch Lodge | Payson | Arizona | North America | United States |
| Lagonita Lodge | Big Bear Lake | California | North America | United States |
| Laguna Suites Golf & Spa | Cancun | Quintana Roo | North America | Mexico |
| Lake Tahoe Vacation Resort | South Lake Tahoe | California | North America | United States |
| Lan Kwai Fong Hotel | Central | Hong Kong | Asia | Hong Kong |
| Lawai Beach Resort | Koloa, Kauai | Hawaii | North America | United States |
| Le Club Mougins | Mougins | Mougins | Europe | France |
| Grand Leoniki | Rethymnon | Crete | Europe | Greece |
| Leoniki Residence | Rethymnon | Crete | Europe | Greece |
| Liki Tiki Village | Winter Garden | Florida | North America | United States |
| Liki Tiki Village - Phase II | Winter Garden | Florida | North America | United States |
| Liki Tiki Village - Bldg 1400 | Winter Garden | Florida | North America | United States |
| Lodge at Lake Tahoe | South Lake Tahoe | California | North America | United States |
| Lofts Du Vieux-Port | Montreal | Montreal | North America | Canada |
| London Bridge Resort | Lake Havasu City | Arizona | North America | United States |
| Long Trail House | Stratton | Vermont | North America | United States |
| Los Abrigados Resort and Spa | Sedona | Arizona | North America | United States |
| Los Amigos Beach Club | Malaga | Costa del Sol | Europe | Spain |
| Los Lagos at Hot Springs Village | Hot Springs Village | Arkansas | North America | United States |
| Marigot Beach Club & Dive Resort | Castries | St. Lucia | Caribbean | Caribbean |
| Marquis Villas Resort | Palm Springs | California | North America | United States |
| Mayan Palace Acapulco | Acapulco | Guerrero | North America | Mexico |
| Mayan Palace Mazatlan | Mazatlan | Sinaloa | North America | Mexico |
| Mirror Lake & Tamarack Resort | Wisconsin Dells | Wisconsin | North America | United States |
| Mondi-Holiday Hotel Bellevue | Bad Gastein | Salzburg | Europe | Austria |
| Mondi-Holiday Hotel Grundlsee | Grundlsee | Styria | Europe | Austria |
| Mondi-Holiday Hotel Oberstaufen | Oberstaufen | Bavarian Swaba | Europe | Germany |
| Morritts Tortuga Club | Grand Caymen | Caymen Islands | Caribbean | Jamaica |
| Mosaic at Blue | The Blue Mountains | Ontario | North America | Canada |
| Mountain Meadows | Pigeon Forge | Tennessee | North America | United States |
| Mt Martha Valley Resort | Safety Beach | Victoria | Asia | Australia |
| Mystic Dunes Resort | Celebration | Florida | North America | United States |
| Nickelodeon Hotels & Resorts Punta Cana by Karisma | Punta Cana | La Altagracia | Caribbean | Dominican Republic |
| Oakmont Resort | Pigeon Forge | Tennessee | North America | United States |
| Oasis Resort | Palm Springs | California | North America | United States |
| Occidental at Xcaret Destination | Playa del Carmen | Quintana Roo | North America | Mexico |
| Occidental Cozumel | Cozumel | Quintana Roo | North America | Mexico |
| Occidental Nuevo Vallarta | Nuevo Vallarta | Nayarit | North America | Mexico |

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| Occidental Papagayo | Golfo De Papagayo | Guanacaste | Central America | Costa Rica |
| Occidental Punta Cana | Punta Cana | La Altagracia | Caribbean | Dominican Republic |
| Ocean Beach Club | New Smyrna Beach | Florida | North America | United States |
| Ocean Beach Club | Virginia Beach | Virginia | North America | United States |
| Ocean Gate Resort | St. Augustine | Florida | North America | United States |
| Ocean Sands Beach Club | New Smyrna Beach | Florida | North America | United States |
| Ocean Spa Hotel | Cancun | Quintana Roo | North America | Mexico |
| Ocean Pointe Suites at Key Largo | Tavernier | Florida | North America | United States |
| Oceanaire Resort | Virginia Beach | Virginia | North America | United States |
| Orbit One Vacation | Kissimmee | Florida | North America | United States |
| Palazzo Catalani | Soriano nel Cimino | Viterbo, Lazio | Europe | Italy |
| Palazzo at Soriano | Soriano nel Cimino | Viterbo, Lazio | Europe | Italy |
| Palm Canyon Resort | Palm Springs | California | North America | United States |
| Palm Desert | Palm Desert | California | North America | United States |
| Panorama Resort | Panorama | Panorama | North America | Canada |
| Park Central | New York | New York | North America | United States |
| Park Hotel Villa Giustinian | Mirano | Venice | Europe | Italy |
| Park Royal Club Cala de Palmas | Humacao | Puerto Rico | North America | United States |
| Parkway International Resort | Kissimmee | Florida | North America | United States |
| Peppertree Atlantic Beach | Atlantic Beach | North Carolina | North America | United States |
| Peppertree Ocean Club | Myrtle Beach | South Carolina | North America | United States |
| Pestana Grand | Funchal | Madeira | Europe | Portugal |
| Pestana Miramar | Funchal | Madeira | Europe | Portugal |
| Pestana Palms | Funchal | Madeira | Europe | Portugal |
| Pestana Porches Praia | Porches | Algarve | Europe | Portugal |
| Pestana Village | Funchal | Madeira | Europe | Portugal |
| Pine Lake Resort | Dock Acres | Lancashire | Europe | England |
| Point Brown | Ocean Shores | Washington | North America | United States |
| Polo Towers Suites | Las Vegas | Nevada | North America | United States |
| Polo Towers Villas | Las Vegas | Nevada | North America | United States |
| Polynesian Isles - Phase I | Kissimmee | Florida | North America | United States |
| Polynesian Isles - Bldg 13 Phase I | Kissimmee | Florida | North America | United States |
| Polynesian Isles - Phase IV | Kissimmee | Florida | North America | United States |
| PVC at The Roundhouse Resort | Pinetop | Arizona | North America | United States |
| Rancho Manana | Cavecreek | Arizona | North America | United States |
| Rangeley Lake Resort | Rangeley | Maine | North America | United States |
| Rincon Beach Resort | Anasco | Puerto Rico | North America | United States |
| River Club Condominiums | Telluride | Colorado | North America | United States |
| Rivergrass Resort Homes | The Blue Mountains | Ontario | North America | Canada |
| Riviera Beach & Spa Resort | Capistrano Beach | California | North America | United States |
| Riviera Oaks Resort & Racquet Club | Ramona | California | North America | United States |
| Riviera Shores Resort | Capistrano Beach | California | North America | United States |
| Royal Caribbean Resort | San Pedro Town | Ambergris Caye | Central America | Belize |
| Royal Dunes | Hilton Head | South Carolina | North America | United States |
| Royal Hideaway Playacar | Playa del Carmen | Quintana Roo | North America | Mexico |
| Royal Kona Resort | Kailua-Kona | Hawaii | North America | United States |
| Royal Kuhio | Honolulu, Oahu | Hawaii | North America | United States |
| Royal Lahaina | Maui | Hawaii | North America | United States |
| Royal Oasis Club at Pueblo Quinta | Malaga | Costa del Sol | Europe | Spain |
| Royal Palm Beach Resort | Philipsburg | Netherlands Antilles | Caribbean | St. Maarten |
| Royal Regency | Vincennes | Paris | Europe | France |
| Royal Sunset Beach Club | Tenerife | Canary Islands | Europe | Spain |
| Royal Tenerife Country Club | Tenerife | Canary Islands | Europe | Spain |
| RVC at Kona Reef | Kailua-Kona, Hawai'i | Hawaii | North America | United States |
| RVC's Cimarron Golf Resort | Cathedral City | California | North America | United States |
| RVC's Club Regina Cancun | Cancun | Quintana Roo | North America | Mexico |
| RVC's Club Regina Los Cabos | Los Cabos | Baja California Sur | North America | Mexico |
| RVC's Club Regina Puerto Vallarta | Puerto Vallarta | Jalisco | North America | Mexico |
| RVC's Sandcastle, Birch Bay | Birch Bay | Washington | North America | United States |
| RVC's The Miners Club | Park City | Utah | North America | United States |
| Sahara Sunset | Malaga | Costa del Sol | Europe | Spain |
| San Luis Bay Inn | Avila Beach | California | North America | United States |
| Sandestin | Sandestin | Florida | North America | United States |
| Santa Barbara Golf & Ocean Club | Tenerife | Canary Islands | Europe | Spain |
| Scottsdale Camelback | Scottsdale | Arizona | North America | United States |
| Scottsdale Links Resort | Scottsdale | Arizona | North America | United States |
| Scottsdale Villa Mirage | Scottsdale | Arizona | North America | United States |
| Sea Mountain | Pahala, Hawai'i | Hawaii | North America | United States |

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| Sea of Cortez Beach Club | San Carlos | Sonora | North America | Mexico |
| Sea Village | Kailua-Kona, Hawai'i | Hawaii | North America | United States |
| Sea Villas - Phase I | New Smyrna Beach | Florida | North America | United States |
| Sea Villas - Phase IV | New Smyrna Beach | Florida | North America | United States |
| Sedona Springs Resort | Sedona | Arizona | North America | United States |
| Sedona Summit | Sedona | Arizona | North America | United States |
| Silka Cheras | Jalan Cheras | Kuala Lumpur | Asia | Malaysia |
| Silka Far East | Tsuen Wan | Hong Kong | Asia | Hong Kong |
| Silka Johor Bahru | Jalan Masai Lama | Johor Bahru | Asia | Malaysia |
| Silka Maytower Hotel & Serviced Apartments | Jalan Munshi Abdullah | Kuala Lumpur | Asia | Malaysia |
| Silka Sea View | Kowloon | Hong Kong | Asia | Hong Kong |
| Snowbird Lodge | Silver Star Mountain | Silver Star Mountain | North America | Canada |
| Snow Ridge Village | Blakeslee | Pennsylvania | North America | United States |
| Solara Resort & Spa | Canmore | Alberta | North America | Canada |
| Sunrise Ridge Resort | Pigeon Forge | Tennessee | North America | United States |
| Sunset Bay Club | Tenerife | Canary Islands | Europe | Spain |
| Sunset Harbour Club | Tenerife | Canary Islands | Europe | Spain |
| Sunset Marina Resort and Yacht Club | Cancun | Quintana Roo | North America | Mexico |
| Sunset Royal Beach Resort | Cancun | Quintana Roo | North America | Mexico |
| Sunset View Club | Tenerife | Canary Islands | Europe | Spain |
| Tahoe Beach and Ski Club | South Lake Tahoe | California | North America | United States |
| Tahoe Seasons Resort | South Lake Tahoe | California | North America | United States |
| Tamarind Sands | Cabarita Beach | New South Wales | Asia | Australia |
| Tangla Hotel Beijing | Beijing | | Asia | China |
| Tangla Hotel Tianjin | Tianjin | | Asia | China |
| Teton Club | Jackson | Wyoming | North America | United States |
| The Alpine Club | Schladming | Styria | Europe | Austria |
| The Atrium Resort | Leeward Settlement | Turks and Caicos | Caribbean | Caribbean |
| The Beach Club Resort | Parkside | British Columbia | North America | Canada |
| The Carriage House | Las Vegas | Nevada | North America | United States |
| The Cove on Ormond Beach, The South Tower | Ormond Beach | Florida | North America | United States |
| The Cove on Ormond Beach, The North Tower | Ormond Beach | Florida | North America | United States |
| The Fairmont Royal York | Toronto | Ontario | North America | Canada |
| The Grand at Trafalgar | Westminster | London | Europe | England |
| The Grand Mayan Acapulco | Acapulco | Guerrero | North America | Mexico |
| The Historic Crags Lodge | Estes Park | Colorado | North America | United States |
| The Historic Powhatan Resort | Williamsburg | Virginia | North America | United States |
| The Imperial Hawaii Resort | Honolulu, Oahu | Hawaii | North America | United States |
| The Kenmore Club | Perthshire | Perth and Kinross | Europe | Scotland |
| The Marker San Francisco | San Francisco | California | North America | United States |
| The Meritage Resort & Spa | Napa | California | North America | United States |
| The Modern Honolulu | Honolulu/Waikiki Oahu | Hawaii | North America | United States |
| The Parkside Hotel & Spa | Victoria | British Columbia | North America | Canada |
| The Peninsula | Cape Town | Western Cape | Africa | South Africa |
| The Pines at Sunriver | Sunriver | Oregon | North America | United States |
| The Point at Poipu | Kauai | Hawaii | North America | United States |
| The Ridge on Sedona Golf Resort | Sedona | Arizona | North America | United States |
| The Ridge Pointe | Stateline | Nevada | North America | United States |
| The Roundhouse Resort | Pinetop | Arizona | North America | United States |
| The Shores | Orange Beach | Alabama | North America | United States |
| The Star Grand At The Star Gold Coast | Gold Coast | Queensland | Asia | Australia |
| The Steamboat Grand | Steamboat Springs | Colorado | North America | United States |
| The Suites at Fall Creek | Branson | Missouri | North America | United States |
| The Village at Steamboat Springs | Steamboat Springs | Colorado | North America | United States |
| Thompson Toronto | Toronto | Ontario | North America | Canada |
| Thurnham Hall | Thurnham | Lancashire | Europe | England |
| Timbers at Island Park | Island Park | Idaho | North America | United States |
| Tree Tops Resort | Gatlinburg | Tennessee | North America | United States |
| Tremblant | Mont Tremblant | Quebec | North America | Canada |
| Turtle Cay Resort | Virginia Beach | Virginia | North America | United States |
| Turtle Reef Club | Jensen Beach | Florida | North America | United States |
| Ucluelet Resort | Ucluelet | British Columbia | North America | Canada |
| Vacation Village Resort | Port Macquarie | New South Wales | Asia | Australia |
| Valley Isle | Lahaina, Maui | Hawaii | North America | United States |
| Vancouver Resort | Vancouver | British Columbia | North America | Canada |
| Varsity Clubs of America – South Bend | South Bend | Indiana | North America | United States |
| Varsity Clubs of America - Tucson | Tucson | Arizona | North America | United States |
| VI at Homestead | Lynden | Washington | North America | United States |

| Resort | City | State/Province | Region | Country |
|---|---|---|---|---|
| VI at Rosedale on Robson | Vancouver | British Columbia | North America | Canada |
| Vilar do Golf | Almancil | Algarve | Europe | Portugal |
| Village Heights Golf Resort | Hersonissos | Crete | Europe | Greece |
| Village of Loon Mountain | Lincoln | New Hampshire | North America | United States |
| Village Suites | The Blue Mountains | Ontario | North America | Canada |
| Villas at Poco Diablo | Sedona | Arizona | North America | United States |
| Villas de Santa Fe | Santa Fe | New Mexico | North America | United States |
| Villas of Sedona | Sedona | Arizona | North America | United States |
| Villas on the Lake at Lake Conroe | Montgomery | Texas | North America | United States |
| Washington Park Hotel | Miami Beach | Florida | North America | United States |
| Westgate at South Beach | Miami Beach | Florida | North America | United States |
| Westhouse Hotel | New York | New York | North America | United States |
| Westin Bear Mountain Resort | Victoria | British Columbia | North America | Canada |
| Whistler | Whistler | British Columbia | North America | Canada |
| White Sands Beach Club | Menorca | Balearic Islands | Europe | Spain |
| Wilderness Dunes | Wilderness | Western Cape | Africa | South Africa |
| Woodfield Manor | Cresco | Pennsylvania | North America | United States |
| Woodford Bridge Country Club | Holsworthy | Devon | Europe | England |
| Worcester Marina | Worcester | Worcestershire | Europe | England |
| Wychnor Park Country Club | Barton-under-Needwood | Staffordshire | Europe | England |
| Zihuatanejo | Zihuatanejo | Guerrero | North America | Mexico |
| The Villas at Zihuatanejo | Zihuatanejo | Guerrero | North America | Mexico |

| Diamond Resorts® Multi-Site Collections |
| --- |
| Diamond Resorts California Collection |
| Diamond Resorts European Collection |
| Diamond Resorts Hawaii Collection |
| Diamond Resorts U.S. Collection |
| Embarc Resorts |
| Monarch Grand Vacations |
| Premiere Vacation Club |

| Diamond Resorts® Entities |
|---|
| 0827965 B.C. LTD |
| 1063189 B.C. LTD |
| AB Blue Acquisition, LLC |
| Aegean Blue Holdings Limited |
| AHC Professionals US Majority LLC |
| AHC Professionals US Minority LLC |
| AHC Professionals, SC |
| AKGI St. Maarten, N.V. |
| Amber Group, Inc. |
| Amber Vacation Realty of Tennessee, Inc. |
| Amber Vacation Realty, Inc. |
| Ameristate Title NV, LLC |
| Ameristate Title, LLC |
| Bridgespire Financial Services, Inc. |
| CDD International Holdings Limited |
| Chestnut Farms LLC |
| Citrus Insurance Company, Inc. |
| Club Resorts MEPE |
| Collie Inversion Inmobiliario Santa Cruz SL |
| CQRC New York Development, LLC |
| Crescent One, LLC |
| Cumberland Gate LLC |
| DestinationXchange, LLC |
| Diamond Asia Development, Inc. |
| Diamond Resorts (Europe) Limited |
| Diamond Resorts (Europe) Limited - France branch |
| Diamond Resorts (Europe) Limited - Greece branch |
| Diamond Resorts (Europe) Limited Branch Bulgaria |
| Diamond Resorts (Europe) Limited, Sede Secondaria Italiana |
| Diamond Resorts (Europe) ltd - Ireland branch |
| Diamond Resorts (Europe) Ltd - Malta branch |
| Diamond Resorts (Europe) Ltd - Norway branch |
| Diamond Resorts (Europe) Ltd (Sucursal En Espana) |
| Diamond Resorts (Europe) Ltd., Sucursal em Portugal |
| Diamond Resorts (Europe), Ltd. - Austria branch |
| Diamond Resorts (Group Holdings) Plc |
| Diamond Resorts (Holding) Ltd |
| Diamond Resorts AB Acquisition Company Limited |
| Diamond Resorts Beach Quarters Development, LLC |
| Diamond Resorts Beachwoods Development, LLC |
| Diamond Resorts Boardwalk Development, LLC |
| Diamond Resorts Broome Park Golf Ltd |
| Diamond Resorts California Collection Development, LLC |
| Diamond Resorts Canada Receivables, LLC |
| Diamond Resorts Canada, LTD. |
| Diamond Resorts Centralized Services Company |

| Diamond Resorts® Entities |
|---|
| Diamond Resorts CI Management, S de RL de CV |
| Diamond Resorts Citrus Share Holding, LLC |
| Diamond Resorts Coconut Beach Development, LLC |
| Diamond Resorts Coral Sands Development, LLC |
| Diamond Resorts Corporation |
| Diamond Resorts CS Borrower, LLC |
| Diamond Resorts Cypress Pointe I Development, LLC |
| Diamond Resorts Cypress Pointe II Development, LLC |
| Diamond Resorts Cypress Pointe III Development, LLC |
| Diamond Resorts Daytona Development, LLC |
| Diamond Resorts DB Borrower, LLC |
| Diamond Resorts Depositor 2008, LLC |
| Diamond Resorts Desert Isle Development, LLC |
| Diamond Resorts Deutschland Betriebsgesellschaft mbH |
| Diamond Resorts Deutschland Holding GmbH |
| Diamond Resorts Deutschland Vertriebsgesellschaft mbH |
| Diamond Resorts Developer and Sales Holding Company |
| Diamond Resorts DPM Development, LLC |
| Diamond Resorts Epic Mortgage Holdings, LLC |
| Diamond Resorts Excursions SL |
| Diamond Resorts F&B, S de RL de CV |
| Diamond Resorts Fall Creek Development, LLC |
| Diamond Resorts Finance Holding Company |
| Diamond Resorts Financial Services, Inc. |
| Diamond Resorts Financial Services Limited |
| Diamond Resorts Flamingo Development, NV |
| Diamond Resorts Flamingo Management, NV |
| Diamond Resorts Franz Klammer Development, LLC |
| Diamond Resorts GK Development, LLC |
| Diamond Resorts Grand Beach I Development, LLC |
| Diamond Resorts Grand Beach II Development, LLC |
| Diamond Resorts Greensprings Development, LLC |
| Diamond Resorts Hawaii Collection Development, LLC |
| Diamond Resorts Hilton Head Development, LLC |
| Diamond Resorts HK, LLC |
| Diamond Resorts Holdings, LLC |
| Diamond Resorts International Club, Inc. d/b/a THE Club |
| Diamond Resorts International Golf, LLC |
| Diamond Resorts International Marketing Mexico, LLC |
| Diamond Resorts International Marketing, Inc. |
| Diamond Resorts International, LLC |
| Diamond Resorts Inventory Holding, LLC |
| Diamond Resorts Issuer 2008, LLC |
| Diamond Resorts Italia Srl |
| Diamond Resorts IW Holding Company |
| Diamond Resorts IW Mexico, S de RL de CV |

| Diamond Resorts® Entities |
|---|
| Diamond Resorts IW Resort Ownership U.S. Corporation |
| Diamond Resorts IW Trading Company |
| Diamond Resorts IW Ventures, Inc. |
| Diamond Resorts Kahana Development, LLC |
| Diamond Resorts Kona Development, LLC |
| Diamond Resorts Kona II Development, LLC |
| Diamond Resorts Las Vegas Development, LLC |
| Diamond Resorts Management & Exchange Holding Company |
| Diamond Resorts Management, Inc. |
| Diamond Resorts Mediterranean Holdings Limited |
| Diamond Resorts Mediterranean Management Limited |
| Diamond Resorts Mediterranean PLC |
| Diamond Resorts MGV Development LLC |
| Diamond Resorts Mortgage Holdings, LLC |
| Diamond Resorts Myrtle Beach Development, LLC |
| Diamond Resorts Mystic Dunes Development LLC |
| Diamond Resorts Natixis Borrower, LLC |
| Diamond Resorts Ocean Beach Club Development, LLC |
| Diamond Resorts Oceanaire Development, LLC |
| Diamond Resorts Owner Trust 2011-1 |
| Diamond Resorts Owner Trust 2013-1 |
| Diamond Resorts Owner Trust 2014-1 |
| Diamond Resorts Owner Trust 2015-1 |
| Diamond Resorts Owner Trust 2015-2 |
| Diamond Resorts Owner Trust 2016-1 |
| Diamond Resorts Owner Trust 2017-1 |
| Diamond Resorts Owner Trust 2018-1 |
| Diamond Resorts Owner Trust 2019-1 |
| Diamond Resorts Owner Trust 2021-1 |
| Diamond Resorts Palm Development, NV |
| Diamond Resorts Palm Management, NV |
| Diamond Resorts Palm Springs Development, LLC |
| Diamond Resorts Poco Diablo Development, LLC |
| Diamond Resorts Poipu Development, LLC |
| Diamond Resorts Polo Development, LLC |
| Diamond Resorts Port Royal Development, LLC |
| Diamond Resorts Portugal Clube de Ferias Lda |
| Diamond Resorts Powhatan Development, LLC |
| Diamond Resorts Rancho Manana Development, LLC |
| Diamond Resorts Real Estate Academy Development, LLC |
| Diamond Resorts Real Estate Academy-Hawaii, LLC |
| Diamond Resorts Residual Assets Development, LLC |
| Diamond Resorts Residual Assets Finance, LLC |
| Diamond Resorts Residual Assets M & E, LLC |
| Diamond Resorts Ridge on Sedona Development, LLC |
| Diamond Resorts Ridge Pointe Development, LLC |

| Diamond Resorts® Entities |
|---|
| Diamond Resorts River Club Development, LLC |
| Diamond Resorts River Club Members, LLC |
| Diamond Resorts Sales Italy SRL |
| Diamond Resorts San Luis Bay Development, LLC |
| Diamond Resorts Santa Fe Development, LLC |
| Diamond Resorts Sapphire Valley Development, LLC |
| Diamond Resorts Scottsdale Development, LLC |
| Diamond Resorts Sedona Springs Development, LLC |
| Diamond Resorts Sedona Summit Development, LLC |
| Diamond Resorts Seller 2009-1, LLC |
| Diamond Resorts Seller 2011-1, LLC |
| Diamond Resorts Seller 2013-1, LLC |
| Diamond Resorts Seller 2013-2, LLC |
| Diamond Resorts Seller 2014-1, LLC |
| Diamond Resorts Seller 2015-1, LLC |
| Diamond Resorts Seller 2015-2, LLC |
| Diamond Resorts Seller 2016-1, LLC |
| Diamond Resorts Seller 2017-1, LLC |
| Diamond Resorts Seller 2018-1, LLC |
| Diamond Resorts Seller 2019-1, LLC |
| Diamond Resorts Seller 2021-1, LLC |
| Diamond Resorts St. Croix Development, LLC |
| Diamond Resorts St. Louis Development, LLC |
| Diamond Resorts Steamboat Development, LLC |
| Diamond Resorts Tahoe Beach & Ski Development LLC |
| Diamond Resorts Tahoe Seasons Development, LLC |
| Diamond Resorts Tempus Owner Trust 2013 |
| Diamond Resorts Tempus Seller 2013, LLC |
| Diamond Resorts Teton Club Development, LLC |
| Diamond Resorts Turtle Cay Development, LLC |
| Diamond Resorts U.S. Collection Development, LLC |
| Diamond Resorts U.S. Collection-Hawaii Development, LLC |
| Diamond Resorts Vacations Touristic EPE |
| Diamond Resorts Villa Mirage Development, LLC |
| Diamond Resorts Villas of Sedona Development, LLC |
| Diamond Resorts Voyages SARL |
| Diamond Resorts Waikiki Development, LLC |
| Diamond Resorts West Maui Development, LLC |
| Diamond Resorts WF Borrower, LLC |
| Diamond Resorts, LLC |
| Diamond Resorts/CO Borrower 2016, LLC |
| Diamond Resorts/CO Seller 2016, LLC |
| DPM Acquisition Mexico S. de RL de CV |
| DPM Acquisition, LLC |
| DPM Holdings, LLC |
| DPM Loanco, LLC |

| Diamond Resorts® Entities |
|---|
| DPM RP Subsidiary LLC |
| DR Modern Spa, LLC |
| DRI Quorum 2010, LLC |
| DRT Development, LLC |
| DRT Management, LLC |
| DRT Mexico, LLC |
| DRT Parent, LLC |
| Extraordinary Escapes Corporation |
| Floriana Holdings Ltd |
| Florida Diamond Resorts Management, LLC |
| FLRX, Inc. |
| Foster Shores, LLC |
| Four C's Hospitality, LLC |
| Galaxy Exchange Company |
| George Acquisition Subsidiary, Inc |
| Ginger Creek, LLC |
| Grand Escapes. LLC |
| Hellene Ltd. |
| Hilton Grand Vacations Foundation |
| HK F&B Services, LLC |
| Hospitality Management and Consulting Service L.L.C. |
| IGR Mougins SARL |
| ILX Acquisition, Inc. |
| ILX Acquisition, LLC |
| ILX Resorts Acquisition S. De RL de CV |
| International Timeshares Marketing, LLC |
| IOI Funding I, LLC |
| IOI Funding II, LLC |
| Island One Development, LLC |
| Island One Resorts Management Corporation |
| Island One, Inc |
| Labrador Inversiones Inmobiliarias Costa Del Sol SL |
| Lake Tahoe Resort Partners, LLC |
| Los Amigos Beach Club Ltd |
| Los Amigos Beach Club Management Ltd |
| LS International Resorts Management Limited |
| Mazatlan Development, Inc. |
| Mercadotecnia de Hospedaje, SA de CV |
| MMG Development Corp. |
| Mystic Dunes Myrtle Beach LLC |
| Mystic Dunes Receivables, LLC |
| Mystic Dunes, LLC |
| Navigo Vacation Club, Inc. |
| Nevada HK F&B Services, LLC |
| Operating DPM S de RL de CV |
| Pinnacle Collection Development, LLC |

| Diamond Resorts® Entities |
|---|
| Poinciana Vacation Resorts, Inc. |
| Poipu Resort Partners, L.P. |
| Potter's Mill, Inc. |
| Resort Management International, Inc. |
| Resort Ventures, L.P. |
| Resorts Development International, Inc. |
| Sales DPM S de RL de CV |
| SCA Club Royal Regency |
| SCA Royal Regency |
| SCA Royal Regency Gestion |
| Secure Firstcon, Inc. |
| Secure Middlecon, Inc. |
| Sunrise Ridge Resort, Inc. |
| Sunterra Cabo Development, S de RL de CV |
| Sunterra Cabo Management Company, S de RL de CV |
| Sunterra Depositor 2007, LLC |
| Sunterra Issuer 2007, LLC |
| Sunterra Mexico Group Holdings, S de RL de CV |
| Sunterra Ownership, LLC |
| Sunterra SPE 2004-1, LLC |
| Sunterra SPM, Inc. |
| Tempus Acquisition, LLC |
| Tempus Holdings, LLC |
| Torres Vallarta Tennis Club, SA de CV |
| Torres Vallarta Tower Three, SA de CV |
| Vacation Club Partnership Limited |
| Vacation OTA, LLC |
| Vaccaciones Compartidos Mazatlan y Vallarta, SA de CV |
| Vilar do Golf Empreendimentos Turisticos Lda |

| Hilton Grand Vacations Entities |
|---|
| 1776 Holding LLC |
| 2400 Prince Edward LLC |
| 48th Street Holding, LLC |
| BRE ACE LLC |
| Customer Journey, LLC |
| Grand Vacations Realty, LLC |
| Grand Vacations Services, LLC |
| Grand Vacations Title, LLC |
| HGV Depositor, LLC |
| HGV H. Mexico S. de R.L. de C.V. |
| HGV SHI de R.L. de C.V. |
| Hilton Grand Vacations Barbados Limited |
| Hilton Grand Vacations Borrower LLC |
| Hilton Grand Vacations Borrower, Inc. |
| Hilton Grand Vacations Club, LLC |
| Hilton Grand Vacations Company, LLC |
| Hilton Grand Vacations Financing, LLC |
| Hilton Grand Vacations Florida, LLC |
| Hilton Grand Vacations Italy S.r.L |
| Hilton Grand Vacations Japan Management LLC |
| Hilton Grand Vacations Japan, LLC |
| Hilton Grand Vacations Management, LLC |
| Hilton Grand Vacations Mexico S. de R.L. de C.V. |
| Hilton Grand Vacations Parent LLC |
| Hilton Grand Vacations Singapore Pte. Ltd. |
| Hilton Grand Vacations Trust 2017-A |
| Hilton Grand Vacations Trust 2018-A |
| Hilton Grand Vacations Trust 2019-A |
| Hilton Grand Vacations Trust 2020-A |
| Hilton Grand Vacations Trust I, LLC |
| Hilton Grand Vacations UK Holding Limited |
| Hilton Grand Vacations UK Limited |
| Hilton Grand Vacations, Inc. |
| Hilton Kingsland I, LLC |
| Hilton Resorts Corporation |
| Hilton Resorts Marketing Corp. |
| Hilton Resorts Marketing Korea, LLC |
| Hilton Travel, LLC |
| HRC Islander, LLC |
| Kupono Partners, LLC |
| WBW CHP, LLC |